F#13303-7

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

FARM CREDIT LEASING )
SERVICES CORPORATION, )
           )   Case No. 3:17-CV-0336
     Plaintiff )
           )
v. )
           )
CARROLL R. BARR, )
           )
     Defendant )

### ANSWER and AFFIRMATIVE DEFENSES

The defendant Carroll R. Barr (hereinafter "Barr"), for his Answer and Affirmative Defenses to the Complaint filed herein by the plaintiff Farm Credit Leasing Services Corporation ("Farm Credit Leasing"), states:

**I. ANSWER TO PLAINTIFF'S COMPLAINT**

**A. Admissions and Denials**

1. Barr admits the allegations of ¶¶ 1, 2, 3, and 4 of the Complaint.

2. Barr denies the allegations of ¶¶ 5, 6, 7, 11, 12, 13, 14, 16, 18, 19, 20, 21, 23, 24 and 25 of the Complaint.

3. Barr affirmatively states that the documents attached to the Complaint as exhibits speak for themselves, and denies any and all other factual allegations contained in ¶¶ 8, 9 and 10 of the Complaint.

4. Barr admits the allegations of ¶ 15 of the Complaint but affirmatively states that he denies liability to Farm Credit Leasing.

5. Insofar as ¶¶ 17 and 22 of the Complaint makes factual allegations, Barr denies any and all such allegations.

F#13303-7

6. Barr denies any allegations of the Complaint not specifically admitted herein.

**B. Affirmative Defenses**

7. Barr hereby re-alleges and re-states all denials, allegations, and affirmative defenses previously made herein, and in addition raises the following affirmative defenses, and to the extent any of the following affirmative defenses may be viewed as in any way inconsistent, they are pleaded in the alternative:

(a) **First Affirmative Defense**

Barr denies liability on the instrument or instruments attached to the Complaint and affirmatively states that he did not execute these instruments.

(b) **Second Affirmative Defense**

Barr affirmatively raises the defense of failure to state a claim up which relief can be granted pursuant to Fed. R. Civ. P. 12(b)(b).

(c) **Third Affirmative Defense**

Barr affirmatively states that any repossession of equipment in this matter failed to conform with the provisions of the Uniform Commercial Code.

(e) **Fourth Affirmative Defense**

Barr affirmatively states that Farm Credit Leasing's claims are barred herein because any sale of the equipment identified in the Complaint was not commercially reasonable and failed to comply with the provisions of the Uniform Commercial Code.

(d) **Fifth Affirmative Defense**

Without admitting liability, Barr affirmatively states that Farm Credit Leasing has failed to mitigate any damages it may have suffered, if any.

(e) **Sixth Affirmative Defense**

F#13303-7

Farm Credit Leasing's claims are barred, in whole or in part, by the doctrines of waiver, estoppel, and/or laches.

### (f) Seventh Affirmative Defense

Barr affirmatively reserves the right to assert additional affirmative defenses as discovery warrants.

### II. JURY TRIAL DEMAND

8. Pursuant to Fed. R. Civ. P. 38(b), Barr demands a jury trial on all issues so triable.

**WHEREFORE**, the defendant Carroll Barr, prays that the plaintiff Farm Credit Leasing Services Corporation take nothing by way of its Complaint; prays that the Complaint be dismissed with prejudice; and prays that this Court award Carroll Barr his costs, attorney's fees and all other proper relief.

Dated this 7th day of February, 2018.



Robert F. Thompson (Ark. Bar No. 97232)
BRANCH, THOMPSON, WARMATH & DALE, P.A.
414 West Court Street
Paragould, AR 72450
(870) 239-9581

**ATTORNEYS FOR DEFENDANT CARROLL BARR**

F#13303-7

## CERTIFICATE OF SERVICE

I, Robert F. Thompson, do hereby certify that a copy of the foregoing pleading has been mailed, via the Court's electronic case filing system, to the attorneys of record named below on this 7th day of February, 2018:

James F. Gramling
Gramling Law Firm, PLC
2500 Alexander Drive, Suite B
Jonesboro, AR 72401

/s/ Robert F. Thompson
_____
Robert F. Thompson