IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

FARM CREDIT LEASING SERVICES
CORPORATION                                                    PLAINTIFF

v.                            No. 3:17-cv-336-DPM

CARROLL R. BARR                                                DEFENDANT

ORDER

Carroll Barr wants a jury trial on Farm Credit's claim that he violated a lease of a self-propelled sprayer. FED. R. CIV. P. 38(b). Farm Credit says that Barr waived his right to a jury when he signed the lease—which includes a jury waiver. But Barr has maintained since this case began that he didn't sign the lease. № 7 at 1–3; № 1-8 at 4. Farm Credit is right that a litigant can waive a jury trial. *E.g., Bank of America, N.A. v. JB Hanna, LLC*, 766 F.3d 841, 849 (8th Cir. 2014). Here, though, there seems to be a genuine factual dispute about whether Barr did so. The case presents a formation question: What are the terms of the parties' contract? A jury must therefore decide what the parties intended. *E.g., Watkins Inc. v. Chilkoot Distributing, Inc.*, 655 F.3d 802, 805 (8th Cir. 2011) (Minnesota law); *Grayson & Grayson, P.A. v. Couch*, 2012 Ark. App. 20, at 13–14, 388 S.W.3d 96, 104–05 (Arkansas law). Motion, № 13, granted. The Final Scheduling Order, № 11, is amended. We'll have a jury trial.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

14 March 2019