IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

FARM CREDIT LEASING SERVICES
CORPORATION                                                                                    PLAINTIFF

v.                                       No. 3:17-cv-336-DPM

CARROLL R. BARR                                                                                DEFENDANT

## ORDER

The parties have informally notified the Court that Barr filed for Chapter 7 bankruptcy in April 2019. His case is No. 3:19-bk-11795. The Final Scheduling Order, № 11, is suspended and the September 2019 trial is cancelled. This case is stayed and administratively terminated. Joint status report on bankruptcy due by 8 November 2019.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

28 May 2019