IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

FARM CREDIT LEASING SERVICES
CORPORATION                                                                                    PLAINTIFF

v.                           No. 3:17-cv-336-DPM

CARROLL R. BARR                                                                                DEFENDANT

## JUDGMENT

The complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

18 November 2019